

BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA N. GABEL; SUSAN J. COOPER; AND TAYARI A. RICO<br><br>Defendants. | 2:12-CR-0308-DAD<br><br>Order Vacating Status Conference, Setting a Change of Plea, and Excluding Time Under Local Code T4<br><br>DATE:  December 11, 2012<br>TIME:  10:00 a.m.<br>JUDGE: Dale A. Drozd |

It is hereby ordered that the Status Conference for defendant Tayari A. Rico, set for November 20, 2012, is VACATED. It is further ordered that a Change of Plea and Sentencing hearing is set for December 11, 2012 at 10 a.m. Time is excluded from today's date through December 11, 2012 under Local Code T4, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 19, 2012

_____
HON. DALE A. DROZD
United States Magistrate Judge